**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN TONG,<br>Petitioner,<br>v.<br>CHRISTOPHER LAROSE et, al.,<br>Respondents. | Case No.: 26-cv-5289-BJC-JAC<br>**ORDER APPOINTING COUNSEL AND SETTING BRIEFING SCHEDULE ON PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241** |

On September 14, 2026, Petitioner Dan Ton, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241. ECF No. 1.

Upon review of the Petition, the Court finds that representation is necessary given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). In light of the above, the Court **ORDERS** as follows:

1. The Court **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc. as counsel effectively immediately. Petitioner shall submit a form CJA 23 financial affidavit by **September 30, 2026,** to demonstrate her financial eligibility. *See Terrovona v. Kincheloe*, 912 F.2d 1176, 1181-82 (9th Cir. 1990); 18 U.S.C. § 3006A(b).

2. Petitioner may file supplemental briefing providing any additional information the Court may need to rule on the merits of the petition **no later than close of business on September 30, 2026**.
3. Respondent shall file a response to the petition **no later than close of business October 7, 2026**. Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition.
4. Petitioner may file a traverse **no later than close of business October 14, 2026**. Absent further order of this Court, this matter will be deemed under submission at that time.
5. Respondent, its agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are **ENJOINED** from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated: September 16, 2026

Honorable Benjamin J. Cheeks
United States District Judge